■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH BAILEY, Appellant.—Appeal from a judgment of the Supreme Court, New York County (Alvin Schlesinger, J.), rendered on January 10, 1985, unanimously dismissed *(People v Seaberg,* 74 NY2d 1). Concur—Murphy, P. J., Sullivan, Ross, Rosenberger and Wallach, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE A. FRANCO, Petitioner, v ANDREW PHOENIX, Respondent.—Application for a writ of habeas corpus, transferred to the Appellate Division, Second Department, for hearing and determination. No opinion. Concur—Carro, J. P., Asch, Ellerin, Wallach and Rubin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARTA COLON, Appellant.—Judgment, Supreme Court, Bronx County (David Stadtmauer, J.), rendered on December 14, 1983, unanimously affirmed. The order of this court entered herein on September 14, 1989 [153 AD2d 805] is hereby vacated. No opinion. Concur—Sullivan, J. P., Carro, Asch, Milonas and Wallach, JJ.

■ GREASY SPOON, INC., Doing Business as WEST SIDE STOREY, Respondent, v JEFFERSON TOWERS, INC., Appellant.—Order, Supreme Court, New York County (Shirley Fingerhood, J.), entered on or about May 23, 1989, as modified by this court's order entered July 6, 1989 (152 AD2d 468), unanimously affirmed. Respondent shall recover of appellant $250 costs and disbursements of this appeal. And the appeal from an order of said court entered on or about February 27, 1989 is dismissed as nonappealable, without costs and without disbursements. No opinion. Concur—Kupferman, J. P., Ross, Milonas, Kassal and Rubin, JJ.